1
2
3                     UNITED STATES DISTRICT COURT
4                   SOUTHERN DISTRICT OF CALIFORNIA
5
6  | UNITED STATES OF AMERICA, | CASE NO.:  20-CR-2399-JLS
7  | Plaintiff, |
8  | v. | ORDER CONTINUING MOTION
9  | LUIS NUNO-URIARTE, | HEARING AND TRIAL SETTING
10 | Defendant. |
11
12     **IT IS HEREBY ORDERED** that Mr. Nuno-Uriarte's motion hearing and
13 trial setting currently scheduled for October 16, 2020, be continued to November 20,
14 2020, at 1:30 p.m.
15     **IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial
16 Act at 18 U.S.C. § 3161(h)(1)(D).
17     **SO ORDERED.**
18 Dated: October 14, 2020
19                                          *Janis L. Sammartino*
20                                          Hon. Janis L. Sammartino
                                            United States District Judge
21
22
23
24
25
26
27
28