# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS NUNO-URIARTE,<br><br>　　　　　Defendant. | CASE NO.:  20-CR-2399-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Nuno-Uriarte's motion hearing/trial setting currently scheduled for November 20, 2020, be continued to January 15, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  November 18, 2020

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge