| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS NUNO-URIARTE,<br><br>Defendant. | CASE NO.:  20-CR-2399-JLS<br><br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
|---|---|

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Nuno-Uriarte's motion hearing/trial setting currently scheduled for April 23, 2021, be continued to May 21, 2021, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). As stated in the parties' Joint Motion, the continuance will allow Defendant to review recently produced discovery with counsel and to prepare for trial.

**SO ORDERED.**

Dated: April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge