# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS NUNO URIARTE,<br><br>  Defendant. | Case No.: 3:20-CR-2399-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING AND TRIAL SETTING** |

Upon motion of the United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Eric R. Olah, Assistant United States Attorney, and Defendant Luis Nuno-Uriarte, through counsel Erik Bruner, and for good cause shown:

The parties have lodged a signed plea agreement and a change of plea hearing is scheduled for September 29, 2021. Based on these facts, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7).

IT IS HEREBY ORDERED that the Joint Motion to Continue is GRANTED, and the Motion Hearing and Trial Setting previously set for September 10, 2021 is continued to October 8, 2021 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge